08 CRIM 057

REQUEST FOR COURT ACTION

P51995 - D. Mulcahy

| | | |
|---|---|---|
| TO: | JIM MOLINELLI<br>Miscellaneous Court Clerk | OFFENSE: Conspiracy to Possess with Intent to Distribute Marijuana |
| | | ORIGINAL SENTENCE: Probation for a term of Three (3) years. |
| FROM: | DAVID T. MULCAHY<br>U.S. Probation Officer | SPEC. CONDITIONS: S/A: $100, Fine: $1,000. Deft. shall provide access to financial information, including disclosure of business and personal finances, to U.S. Probation Officer. Maintain full-time legitimate employment & not be unemployed for more than 30 days unless excused for schooling, or other reasons. Deft. shall provide documentation not limited to pay stubs, contractual agreements, W-2 Statements, & other documents requested by Prob. Officer.<br><u>Self-Employment Restrictions</u>: Deft. Shall obtain prior written approval from the Court before entering into any self-employment. <u>Permissible Search</u>: Deft. shall submit to search of her property conducted in reasonable manner and at a reasonable time by PO. |



AUSA: To be assigned

RE:       FERNANDEZ, Vicky
             Dkt # 06 CR 20744

DATE OF SENTENCE: <u>November 18, 1997</u>

DATE: <u>January 14, 2008</u>

ATTACHMENTS: **Three (3) Transfer of Jurisdiction Prob. Form 22, Certified Judgement**

REQUEST FOR:    COURT DIRECTION  __

-------------------------------------------------------------------------------------

### ASSIGNMENT OF TRANSFER OF JURISDICTION

The above-named individual was sentenced in the Southern District of Florida to Probation for a term of Three (3) years for Conspiracy to Possess With Intent to Distribute Marijuana (21 USC 846).

VICKY FERNANDEZ                                                   P51995 - D. Mulcahy

- 2 -

On November 13, 2007, we received a letter from the Southern District of Florida advising that the Honorable Marcia G. Cooke, U.S. District Judge, signed the Transfer of Jurisdiction (Probation Form 22) ordering Ms. Fernandez' transfer to the Southern District of New York. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer.

Respectfully submitted,

CHRIS J. STANTON
Chief U.S. Probation Officer

DAVID T. MULCAHY     1/16/08
U.S. Probation Officer
212-805-5178

Approved By:

_____  1·14·08
Victor Jeffrey            Date
Supervising U.S. Probation Officer